COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.

| | |
|---|---|
| GAYNELL WILLIAMS, JR.,<br>   Plaintiff | )<br>)<br>) |
| v. | )  C.A. No. 14-CV-40179<br>) |
| FNU BISCEGLIA, JOHN DOE,<br>GARY GEMME and the<br>CITY OF WORCESTER,<br>   Defendants | )<br>)<br>)<br>) |

### NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO THE UNITED STATES DISTRICT COURT

  Defendants, Gary Gemme, City of Worcester and Brian Bisceglia (hereinafter, Defendants), hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, to remove the above-captioned case now pending in the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, in and for the County of Worcester.  As grounds for the removal, these Defendants state the following:

  1. On August 26, 2014, this action was filed in the Superior Court of Worcester County, Massachusetts, as Civil Action No. WOCV2014-01570C.  On September 17, 2014, Plaintiff filed a motion for leave to file a First Amended Complaint, which was granted on October 24, 2014, and Plaintiff filed a First Amended Complaint on that same day.  As the First Amended Complaint cites generally to a federal civil rights cause of action, pursuant to 42 U.S.C. § 1983, Defendants file this Notice of Removal to federal court.

  2. Process was served for the First Amended Complaint on the City of Worcester on November 19, 2014.  Service of process of the First Amended Complaint was returned to the Worcester Superior Court for Gary Gemme and FNU Bisceglia, who were purportedly served on

November 21, 2014.  (See Worcester Superior Court Docket, included as part of State Court Record.)

3. This action is a civil action brought by Plaintiff, in which he seeks, among other things, to recover damages he allegedly suffered when the Defendants allegedly violated his civil rights under 42 U.S.C. § 1983.  (See Plaintiff's First Amended Complaint, State Court Record.)

4. The action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 42 U.S.C. § 1983, and is one which may be removed to the District Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) in that it is a civil action containing claims or rights arising under the laws of the United States.

5. This notice is filed within thirty days after the City of Worcester was served with the First Amended Complaint.

6. Copies of all process, pleadings, and orders either served upon Defendants or filed in the State Court action will be filed herein.  (See State Court Record.)

WHEREFORE, Defendants Gary Gemme, City of Worcester and Brian Bisceglia give notice that this action is removed from the Worcester Superior Court to this Court.

CITY OF WORCESTER
GARY GEMME
BRIAN BISCEGLIA

By their attorneys,
David M. Moore
City Solicitor

*/s/ Wendy L. Quinn*
Wendy L. Quinn (BBO#653954)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161
quinnwl@worcesterma.gov

2

3

CERTIFICATE OF SERVICE

    I, Wendy L. Quinn, hereby certify that on this 5th day of December, 2014, the within Notice of Removal of Civil Action From State Court to the United States District Court was served upon Plaintiff through service to Plaintiff's counsel of record, Hector E. Pineiro, Esq., via the United States District Court's electronic notification system.

                              */s/ Wendy L. Quinn*
                              Wendy L. Quinn
                              Assistant City Solicitor